# In the United States Court of Appeals for the First Circuit

---

**UNITED STATES,**
*Appellee*,

v.

**DAVID NUÑEZ PEREZ,**
*Defendant - Appellant.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

**NOTICE OF NO REPLY BRIEF FOR THE APPELLANT**

**TO THE HONORABLE COURT:**

Appellant David Núñez Pérez relies on his initial brief for all purposes and does not concede nor waive any argument or issue asserted in his brief. That initial brief sufficiently replies to the arguments put forth by the Appellee in the red brief. Therefore, Mr. Núñez will not file a reply brief.

Mr. Núñez again respectfully requests that this Honorable Court vacate the judgment revoking supervised release and issue an order recognizing the expiration of Mr. Núñez's supervised-release term. Alternatively, this Court should remand for the district court to consider whether early termination is warranted in light of the

13 years' imprisonment pursuant to judgments and sentences that violate the Sixth and Fourteenth Amendments.

**RESPECTFULLY SUBMITTED** on September 18, 2025.

> **RACHEL BRILL**
> Federal Public Defender
> District of Puerto Rico
>
> **FRANCO L. PÉREZ-REDONDO**
> Assistant Federal Public Defender
> Supervisor, Appellate Unit
>
> **s/KEVIN E. LERMAN\***
> Assistant Federal Public Defender
> First Circuit Bar No. 1194361
> Tel.: (787) 281-4922
> Email: Kevin_Lerman@fd.org

**\*CERTIFICATION:** I ECF-filed this notice on September 18, 2025, notifying all parties of record, including counsel for the appellee.